UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWIN NORBERTO RODRIGUEZ,

Plaintiff,

v.

CRISTINA CORPUS, et al.,

Defendants.

Case No. 25-cv-03008-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Rodriguez has not complied with my Order to file an amended complaint. (Dkt. No. 12.)  Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with my Order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Rodriguez may move to reopen.  Any such motion <u>must</u> (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain a complaint on this Court's form.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:**  February 25, 2026



WILLIAM H. ORRICK
United States District Judge